UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANDERSON OSMEL ABREU HERRERA,

                                    Plaintiff,

                -against-

 FRAGOSO ALEJANDRO *and* VIRGINIA
 TRANSPORTATION CORP.,

                                    Defendants.
------------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED:___3/11/2025___

**24-CV-9804 (VSB) (KHP)**

**POST-CONFERENCE ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On March 11, 2025, the parties appeared before the undersigned for a case management conference.  As discussed at the conference and set forth below:

The parties shall make any amendments to the pleadings or joinder of parties **by April 11, 2025,** and thereafter, only upon a showing of good cause.

The parties shall exchange initial disclosures **by April 1, 2025.**

Plaintiff shall provide Defendants with authorizations for medical records **by April 1, 2025.**

The parties shall complete fact discovery **by September 11, 2025.**

The parties shall complete expert discovery **by December 11, 2025.**  Affirmative expert reports are due **by October 14, 2025.**  Rebuttals are due **by November 14, 2025.**

The parties shall file a Joint Status Letter, updating the Court of the status of discovery and any settlement negotiations **by April 11, 2025.**

**SO ORDERED.**

DATED:        New York, New York
              March 11, 2025

KATHARINE H. PARKER
United States Magistrate Judge