USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/2025

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
-----------------------------------------------------------X
ANDERSON ABREU HERRERA,

                  Plaintiff(s),

-against-

TBD,

                  Defendant(s).
-----------------------------------------------------------X

Index No.:

**CONSENT TO CHANGE ATTORNEY**

IT IS HEREBY CONSENTED THAT, THE LEYVI LAW GROUP, P.C., located at 227 Sea Breeze Avenue, Suite 201, Brooklyn, NY 11224 (tel. #718-676-0900), be substituted as attorney of record for the undersigned plaintiff in the above-captioned matter in place of and instead of the undersigned attorney as of the date hereof.

Dated: September 1, 2024

By: OUTGOING ATTORNEY

Cherry & Podolsky
By: Boris Cherry, Esq. / Steven V. Podolsky
2681 E 14th Street
Brooklyn, New York 11235
Tel: (718) 449-5100

INCOMING ATTORNEY

THE LEYVI LAW GROUP, P.C.
By: Maksim Leyvi, Esq.
227 Sea Breeze Avenue, Suite 201
Brooklyn, New York 11224
Tel: (718) 676-0900

> Pursuant to Local Rule 1.4(b) "a motion to withdraw is required whenever an attorney seeks to be relieved," even upon substitution of counsel by stipulation. Here, no motion to withdraw has been filed. By **Wednesday, March 19, 2025**, the attorney of record, Kardon Aaron Stolzman, shall file a motion to withdraw on the docket. The motion must also be served on the client.

SO ORDERED:

_Katharine H. Parker_  3/17/2025
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

CLIENT:
_Anderson Abreu_
ANDERSON ABREU HERRERA
Sworn to before me this
11th day of September 2024

_Yevgeniya Shulman_
Notary Public

