```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/22/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ANDERSON OSMEL ABREU HERRERA,

                      Plaintiff,

      -against-

FRAGOSO ALEJANDRO *and* VIRGINIA TRANSPORTATION CORP.,

                      Defendants.
----------------------------------------------------------------X

24-CV-9804 (JGK) (RFT)

**ORDER ADJOUNRING SCHEDULING CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of this matter having been reassigned to **Magistrate Judge Robyn F. Tarnofsky** on May 21, 2025 the Case Management Conference previously scheduled for **June 26, 2025** is hereby adjourned *sine die*.

      **SO ORDERED.**

DATED:    New York, New York
               May 22, 2025

*/s/ Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge