UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDERSON OSMEL ABREU HERRERA,<br><br>Plaintiff,<br><br>-against-<br><br>FRAGOSO ALEJANDRO, et al.,<br><br>Defendants. | 24-CV-9804 (JGK) (RFT)<br><br>**ORDER** |
| NAHUM SANCHEZ MARTINEZ,<br><br>Plaintiff,<br><br>-against-<br><br>ALEJANDRO FRAGOSO, et al.,<br><br>Defendants. | 24-CV-8651 (JGK)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A telephonic conference is scheduled for **Friday, May 22, 2026 at 10:00 AM.** The parties should be prepared to discuss the discovery schedule. The parties are directed to join the conference at the scheduled time. Please dial **(646) 453-4442**, Access Code: **724 237 183#**.

DATED:  May 19, 2026
         New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge